[No. 37833-3-I.    Division One.    January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. D.V.,
*Appellant*.

The unpublished opinion in this case was *withdrawn* by order of the Court of Appeals dated May 21, 1997. See 87 Wn. App. 1002.

[No. 38757-0-I.    Division One.    January 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.L.L.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-01199-3, Norma Smith Huggins, J., entered May 22, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 14688-0-III.    Division Three.    January 23, 1997.]

MILLARD BLACKBURN, ET AL., *Appellants*, v. KENNETH ROBINSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-04494-4, Tari S. Eitzen, J., entered February 7, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 14752-5-III.    Division Three.    January 23, 1997.]

MATT JERMAIN, *Respondent*, v. JAMES K. SWIGER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 94-2-00066-8, Philip W. Borst, J., entered February 14, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson, J., and Munson, J. Pro Tem.